UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARIA E. LICEA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 1:12-cv-01588-LJM-DML |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner of Social Security,[1] | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Through an Entry on Judicial Review dated January 15, 2014, the Court AFFIRMED the final decision of Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, which granted in part Plaintiff Marie E. Licea's applications for Disability Insurance Benefits and Supplemental Security Income benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416, 423 & 1382c.

Judgment is entered accordingly.

IT IS SO ORDERED this 15th day of January, 2014.

DATE:

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
        Deputy Clerk

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

_____

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court has substituted Carolyn W. Colvin for Michael J. Astrue as the named Defendant.

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov